(December 8, 1970)

COMMUNITY NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant. v. C & F LIBERTY CORP. et al., Respondents.—

Concur — Markewich, J. P., Nunez, Steuer and Bastow, JJ.

FRANCES C. L. GASTON, Respondent, v. WILLIAM A. GASTON, Appellant.—

Concur — Markewich, J. P., Nunez, Steuer and Bastow, JJ.